```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        OCT 3 0 2020

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-098-JCM-NJK |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| ASHLEY HARTSFIELD, | |
| Defendant. | |

This Court finds Ashley Hartsfield pled guilty to Count One of a One-Count Criminal Indictment charging her with prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(9). Criminal Indictment, ECF No. 5; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Ashley Hartsfield agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 5; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which Ashley Hartsfield pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(9), and is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. Glock Model 23 – .40 caliber handgun bearing serial number RBH301; and;
2. any and all compatible ammunition.

1  (all of which constitutes property).

2  This Court finds that on the government's motion, the court may at any time enter
3  an order of forfeiture or amend an existing order of forfeiture to include subsequently
4  located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and
5  32.2(b)(2)(C).

6  This Court finds the United States of America is now entitled to, and should, reduce
7  the aforementioned property to the possession of the United States of America.

8  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
9  DECREED that the United States of America should seize the aforementioned property.

10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory
11  rights, ownership rights, and all rights, titles, and interests of Ashley Hartsfield in the
12  aforementioned property are forfeited and are vested in the United States of America and
13  shall be safely held by the United States of America until further order of the Court.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States
15  of America shall publish for at least thirty (30) consecutive days on the official internet
16  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall
17  describe the forfeited property, state the time under the applicable statute when a petition
18  contesting the forfeiture must be filed, and state the name and contact information for the
19  government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6)
20  and 21 U.S.C. § 853(n)(2). In the alternative, if the value of the property is less than $1,000,
21  the government may instead serve every person reasonably identified as a potential claimant
22  in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp.
23  Rule G(4)(a)(i)(A).

24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual
25  or entity who claims an interest in the aforementioned property must file a petition for a
26  hearing to adjudicate the validity of the petitioner's alleged interest in the property, which
27  petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §
28  853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> James A. Blum
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Oct 30, 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3

# CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on September 25, 2020.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal