```
                  ____ FILED        ____ RECEIVED
                  ____ ENTERED      ____ SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                         FEB - 3 2021

                  CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
                  BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:20-CR-098-JCM-NJK |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ASHLEY HARTSFIELD, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Ashley Hartsfield to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Ashley Hartsfield pled guilty. Criminal Indictment, ECF No. 5; Change of Plea, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 23; Plea Agreement, ECF No. 24.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The government served every person reasonably identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

/ / /

1  This Court finds no petition was filed herein by or on behalf of any person or entity
2  and the time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the property named herein
4  and the time for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6  all possessory rights, ownership rights, and all rights, titles, and interests in the property
7  hereinafter described are condemned, forfeited, and vested in the United States pursuant to
8  Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
9  924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of
10 according to law:
11    1. Glock Model 23 – .40 caliber handgun bearing serial number RBH301; and
12    2. any and all compatible ammunition
13 (all of which constitutes property).
14 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all
15 forfeited funds, including but not limited to, currency, currency equivalents, certificates of
16 deposit, as well as any income derived as a result of the government's management of any
17 property forfeited herein, and the proceeds from the sale of any forfeited property shall be
18 disposed of according to law.
19 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
20 copies of this Order to all counsel of record.
21 DATED Feb 3, 2021.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2